Argued and submitted July 24, 1996, affirmed January 29, 1997

STATE OF OREGON,
*Respondent,*

*v.*

JACK WILLIAM NELSON,
*Appellant.*

(95CR-1145; CA A89826)

932 P2d 91

Eric M. Cumfer, Deputy Public Defender, argued the cause for appellant. With him on the brief was Sally L. Avera, Public Defender.

Kaye E. Sunderland, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

Affirmed. *State v. Lovette,* 145 Or App 317, 930 P2d 856 (1996); *State v. Jolley,* 145 Or App 312, 930 P2d 855 (1996).